IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:09CR451 |
| v. | ) |
| JUSTIN SUCHANEK, | ) ORDER |
| Defendant. | ) |

This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 57. After considering the matter, the court will grant the motion in part.

THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 57, is granted in part, and defendant Justin Suchanek shall self-surrender **on or before October 13, 2011,** to the Bureau of Prisons.

DATED this 24th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge