UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | |
|                                                             )  | |
|                            Plaintiff,            )  | 8:09R451 |
|                                                             )  | |
|         vs.                                           )  | **ORDER** |
|                                                             )  | |
|                                                             )  | |
| JUSTIN SUCHANEK,                         )  | |
|                                                             )  | |
|                            Defendant.        )  | |

NOW ON THIS 24th day of August, 2010, this matter comes on before the Court upon the United States' Motion to Approve Stipulations (Filing No. 58) and its Index (Filing No. 59). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. Archer Cooperative Credit Union filed a Petition herein (Filing No. 43) on June 4, 2010, asserting its secured interest in a 1999 Jeep, VIN 1J4FY49S6XP447717. Archer Cooperative Credit Union has waived its right to a hearing on its Petition. By way of the Stipulation (Filing No. 54) entered into by Archer Cooperative Credit Union and the United States, the United States acknowledges the Credit Union's secured interest in the Jeep and agrees to pay the Credit Union the amount of its lien.

2. SBL Financial, LLC filed a Petition herein (Filing No. 45) on June 21, 2010, asserting its secured interest in a 2005 Chevy Silverado, VIN 2GCEK13TO51252998 . SBL Financial, LLC has waived its right to a hearing on its Petition. By way of the Stipulation (Filing No. 53) entered into by SBL Financial, LLC, and the United States, the United States acknowledges SBL Financial, LLC's secured interest in the Chevy and agrees to pay SBL Financial, LLC, the amount of its lien.

3. The Petitions filed by Archer Cooperative Credit Union and SBL Financial, LLC, should be granted.  The Stipulation filed by SBL Financial, LLC and the United States (Filing No. 53) should be approved.  The Stipulation filed by Archer Cooperative Credit Union and the United States (Filing No. 54) should be approved.

4. The United States Motion to Approve Stipulations (Filing No. 58) should be sustained.

IT IS THEREFORE ORDERED as follows:

A. The United States' Motion to Approve Stipulations (Filing No. 58) is hereby sustained.

B. The Petitions filed by Archer Cooperative Credit Union and SBL Financial, LLC are hereby granted.  The Stipulation filed by SBL Financial, LLC and the United States (Filing No. 53) is hereby approved.  The Stipulation filed by Archer Cooperative Credit Union and the United States (Filing No. 54) is hereby approved

C. The United States shall forthwith pay Archer Cooperative Credit Union $2,116.93, together with interest accruing thereon at the rate of $0.42 cents per day from and after June 9, 2010. The United States shall tender said payment to Archer Cooperative Credit Union, c/o Kara Wells, 1414 16th Street, Central City, Nebraska, 68826.  Upon Archer Cooperative Credit Union's receipt of said funds, it shall file a Receipt herein. The United States is directed to assist Archer Cooperative Credit Union with filing said Receipt.

D. Archer Cooperative Credit Union shall take any and all actions necessary to release its lien on the 1999 Jeep Wrangler, VIN 1J4FY49S6XP447717.

E. The United States shall forthwith pay SBL Financial, LLC, $11,549.78, together with interest accruing thereon at the rate of $3.54 per day from and after June 18, 2010. The United States shall tender said payment to SBL Financial, LLC, c/o David L. Scott, 9 West Broadway,  Lebo,

Kansas 66856. Upon SBL Financial, LLC's receipt of said funds, it shall file a Receipt herein. The United States is directed to assist SBL Financial, LLC with filing said Receipt.

    F.  SBL Financial, LLC shall take any and all actions necessary to release its lien on the 2005 Chevy Silverado, VIN 2GCEK13TO51252998.

    G.  Upon the filing of said Receipts, the United States is free to seek a Final Order of Forfeiture on the vehicles subject to this Order.

    DATED this 24th day of August, 2010.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**