IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR451 |
| v. | ) | |
| JUSTIN SUCHANEK, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 64. After considering the matter, the court will grant the motion.

THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 64, is granted, and defendant Justin Suchanek shall self-surrender **on or after November 19, 2010,** to the Bureau of Prisons.

DATED this 12th day of October, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge